# SUPREME JUDICIAL COURT

#### FOR THE

## COUNTY OF ESSEX, NOVEMBER TERM 1835, AT SALEM.

---

##### PRESENT:

Hon. LEMUEL SHAW, Chief Justice,
Hon. SAMUEL PUTNAM,
Hon. SAMUEL S. WILDE, } Justices.
Hon. MARCUS MORTON,

---

## EDWARD WINCHESTER et al. versus SAMUEL TITCOMB Junior, and Trustees.

Where it appears by the answer of a party summoned on a trustee process, that he is chargeable to some amount, at all events, he is to be adjudged trustee; the question to what amount he is chargeable, is not open in this stage of the cause, but is to be determined on *scire facias*, in case he shall not pay over on the execution against the effects in his hands, so much as the plaintiff shall consider him liable to pay.

In this case, after the arguments commenced before the full Court, it appeared, that at all events the trustees were chargeable, on their answer, to some amount, and that the only question to be considered was, to what amount. But the Court considered, that that question was not open, in this stage of the cause ; that the only judgment affecting the trustee would be, that he was chargeable on his answer ; that thereupon execution would be awarded against the effects of the principal in the hands of the trustee, and if the execution should not be otherwise satisfied, and the trustee should not

*Nov. 5th.*

pay over as much as the plaintiff considered him liable **for,** his remedy would be by *scire facias* against the trustee.

*Marston*, for the plaintiff.

*Cushing*, for the trustee.